## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SKYLINE MANOR, INC., and** | ) | |
| **SKYLINE FOUNDATION, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:10CV334** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ZURICH AMERICAN INSURANCE** | ) | **ORDER** |
| **COMPANY, LEXINGTON** | ) | |
| **INSURANCE COMPANY, and** | ) | |
| **ARTHUR J. GALLAGHER RISK** | ) | |
| **MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Upon notice of settlement given to the Magistrate Judge by attorney Angela Probasco,

**IT IS ORDERED:**

1.   On or before November 8, 2010, counsel for the plaintiff shall file a motion for dismissal or a dispositive stipulation, and shall submit a draft order which will fully dispose of the case to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov.

2.   Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3.   All pending deadlines, including answer deadlines, are suspended upon the representation that this case is settled.

**DATED October 8, 2010.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett, III**
                                                    **United States Magistrate Judge**